UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_Shane Wesley Gillette #0521814_

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

_Jason R. Eggert P75452_
_Assistant Defender_
_State Appellate Defender Office_
_3031 W. Grand Blvd, Ste, 450_
_Detriot, MI 48202_

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
January 31, 2024 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: __KB__ 1/31

**1:24-cv-93**
Robert J. Jonker - U.S. District Judge

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐    No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_____

2. Is the action still pending?    Yes ☐    No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

_____

3. Did you appeal the decision?    Yes ☐    No ☐

4. Is the appeal still pending?    Yes ☐    No ☐

   a. If not pending, what was the decision on appeal? _____

_____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐    No ☐

   a. If so, explain: _____

_____

- 2 -                                    (W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Shane Wesley Gillette #521814_

Place of Present Confinement _E.C. Brooks Correctional Facility_

Address _2500 S. Sheridan Rd. Muskegon, MI 49444_

Place of Confinement During Events Described in Complaint _Bay County Halfway Housing_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Jason R. Eggert P75452/SADO_

Position or Title _Assistant Defender_

Place of Employment _State Appelate Defender office_

Address _3031 Grand Blvd. Ste. 450 Detriot, MI 48202_

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -                                    (W.D. Mich. Form – Last Revised: September 2021)

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Attorney / Law Firm negligence, steriotyping, being per atice, Lible Slader Deflamation of Character, My right to Equal protection right amendment violated, not keeping in contact, not fulfilling my 65.00 relf of Judgment motion, a visit by defendent with a female Student intern was in late summer of 2019 at 811 Howard St. Bay City, MI 48708, Emails, voicemails to defendent, complaint on file with complaint intake investagations & inspections division of prof. licensing beau of regulary affairs in Lansing, MI. Lower Court's Manistee County, Conviction Integraty Unit Aplication. Prison visit 2018. Prosecuting Cheif Attorney Jason H. Haag P61727 & Jonathan P. Hauswirth P.75277. MDOC, an community court ordered / outpatient mental heath records. Retired Cheif Prosecuting Attorney Ford K. Stone from Manistee County 2015 or 2016.

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want compensated of $100,000.00 for pain & suffering emotional depersion, lose of sleep, attorney/law firm negli gence, also my right to appeal by right process not being follo wed through by the defendents/defendents place of work. I also want re-enbursment for filing cost & other fees of this Act, 42 USC. S. 1983.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

01-08-24
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

Prisoner Name: Shane Wesley
Prisoner Number: 0521814
EARNEST C. BROOKS CORRECTIONAL F[...]
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

US POSTAGE PITNEY BOWES
ZIP 49444
02 4W
00003861  JAN 2[...]

US POSTAGE PITNEY BOWES
ZIP 49444
02 4W
0000386111 JAN 09 2024
$ 001.35⁰

.72

U.S. District Court
399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503