UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE WESLEY GILLETTE,

    Plaintiff,

v.

    File no: 1:24-cv-93

JASON R. EGGERT,

    HON. ROBERT J. JONKER

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 28, 2024 (ECF No. 6). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's § 1983 claims against defendant Jason R. Eggert are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's state law claims against defendant Jason R. Eggert are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated: April 22, 2024

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE